FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 21 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
COURT FILE NO.: 1:16-CV-6953-KAM-RML

| | |
|---|---|
| MIKHAIL USHER<br><br>Plaintiff,<br>v.<br><br>THELENDSTER, LLC.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: April 19, 2017

Respectfully Submitted,

*/s/ Nicholas Sarta*
Nicholas Sarta, Esq.
SARTA & SCARPATI, LLP
Attorneys for Plaintiff
7317 13th Avenue
Brooklyn, New York 11228
718-232-3330

So Ordered: /s/ KAM
Kiyo A. Matsumoto
U.S. District Judge

April 20, 2017
Brooklyn, N.Y.

-1-